HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
MEGAN N. BRIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00122 SAB |
| *Plaintiff*, | STIPULATION TO **VACATE** EVIDENTIARY HEARING AND **ADVANCE** STATUS CONFERENCE; ORDER |
| vs. | |
| MEGAN N. BRIM, | |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Megan N. Brim, that the evidentiary hearing currently scheduled for February 15, 2018, at 10:00 a.m., may be vacated and that the status conference be advanced to January 18, 2018, at 10:00 a.m.

The parties propose this advancement because a resolution has been reached.

///

///

///

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 20, 2017  /s/ Darin Rock
DARIN ROCK
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 20, 2017  /s/ Andrew Wong
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
MEGAN N. BRIM

## **O R D E R**

**IT IS SO ORDERED.** The evidentiary hearing currently scheduled for February 15, 2018, at 10:00 a.m., is hereby vacated and the status conference is advanced to January 18, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **December 20, 2017**

_____
UNITED STATES MAGISTRATE JUDGE