AO 246 (Rev. 01/14- Fresno) Probation Order Under 18 U.S.C. § 3607

# UNITED STATES DISTRICT COURT
for the

Eastern District of California



FEB 15 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
v. )
) Case No. 1:17-MJ-00122-SAB
MEGAN N. BRIM )
)
*Defendant* )

## PROBATION ORDER UNDER 18 U.S.C. § 3607

The defendant having been found guilty of an offense described under 36 C.F.R. § 2.35(b)(2), and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED:** The defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of 12 MONTHS, expiring on February 4, 2019, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant must participate in an Inpatient Drug Rehabilitation Program for at least 60 days and after release from the inpatient program shall attend and participate in a drug aftercare program for the remaining probationary period and shall provide proof of participation.
5. The Defendant shall abstain from the use or possession of any controlled substance unless prescribed for Defendant's use by a Licensed Medical Doctor who is advised in writing of this condition of probation. The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered. However, medicinal marijuana, prescribed or not, may not be used.
6. The Defendant shall complete 50 hours of community service.
7. The Defendant is ordered to personally appear for a Probation Review Hearing on January 17, 2019, at 10:00 am before U.S. Magistrate Judge Stanley Boone. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review Hearing.
8. The Defendant shall pay a special assessment of $10.00. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to CLERK U.S.D.C., 2500 Tulare Street, Rm 1501, Fresno, CA 93721

Date: 2/15/2018

STANLEY A. BOONE
United States Magistrate Judge

### Defendant's Consent

I have read the proposed probation order under 18 U.S.C. § 3607 and the conditions of probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the order.

I also understand that, if I have not violated any condition of my probation, the court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

Signature of Defendant

Signature of Defendant's Attorney