| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MEGAN BRIM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:17-mj-00122-SAB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER** |
| vs. | ) | |
| MEGAN BRIM, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Mike Tierney, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Megan Brim, that the Court modify the terms and conditions of Ms. Brim's probation as set forth below.

On February 2, 2018, Ms. Brim was sentenced to 12 months of unsupervised probation with standard conditions and ordered to complete 50 hours of community service, abstain from the use of drugs, completed a 60-day inpatient drug rehabilitation program, and participate in a drug aftercare program from the remaining probationary period.

Ms. Brim has complied with each and every term of her probation. But at no fault of her own, the outpatient program discharged Ms. Brim on December 23, 2018. *See* Ex. 1. After spending 5 months as a resident of CLARE MATRIX sober living program, the program informed Ms. Brim that she could not reside at CLARE MATRIX past December 23 because she has

completed the program and used all possible extensions.[1] After being discharged, Ms. Brim returned home to her parents' house in Three Rivers, California, where she is maintaining her sobriety and attending AA whenever possible.[2]

Given the circumstances, and the short amount of time of Ms. Brim's probation that remains, the parties respectfully request that this Court permit Ms. Brim to live at home and attend AA three times a week in lieu of other outpatient services.

                                              Respectfully submitted,

                                              McGREGOR SCOTT
                                              United States Attorney

Date: December 26, 2018                   */s/ Michael Tierney*
                                              Michael Tierney
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: December 26, 2018                   */s/ Hope Alley*
                                              HOPE ALLEY
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              MEGAN BRIM

//
//
//
//
//
//
//

---

[1] To the best of defense counsel's knowledge, Ms. Brim successfully completed the program without any violations. Nonetheless, defense counsel has left a message with the program manager to confirm.

[2] The only available AA meeting is in Visalia, approximately 45 minutes from Three Rivers. Because Ms. Brim cannot drive, she has to take a bus to attend these meetings.

**O R D E R   D E N Y I N G**

The Court hereby denies the request to modify a condition of Ms. Brim's probation. For the remaining two months of probation, Ms. Brim must attend AA meetings three times per week and provide proof to the Court. This denial is without prejudice, at least and until, the Court receives a letter from the in-patient care provider as to the reason for Ms. Brim's departure from the program. However, in interim, the defendant shall attend AA classes three times a week, shall provide proof upon request by the Court and shall reside with her parents until further order of this court. The letter from the in-patient provider shall be submitted to the Court and United States Attorney within 2 weeks of this order.

IT IS SO ORDERED.

Dated: __December 26, 2018__

_____
UNITED STATES MAGISTRATE JUDGE