# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>MEGAN N. BRIM,<br><br>              Defendant. | Case No. 1:17-mj-00122-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of a controlled substance |
| **Sentence Date:** | February 2, 2018 |
| **Review Hearing Date:** | January 17, 2019 |
| **Probation Expires On:** | February 2, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10.00 special assessment

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $10.00.[1]
    ☐ If not paid in full when was last time payment:

☒ Compliance with Other Conditions of Probation: Ms. Brim has completed an Inpatient Drug Rehabilitation program and the aftercare program. Additionally, Ms. Brim completed 50 hours of community service.

---

[1] Ms. Brim sent her $10.00 payment overnight via USPS on 1/3/2018.

On December 23, 2018, Ms. Brim was discharged from CLARE because she had completed the program. Defense counsel spoke with a representative from CLARE (Anderson Broussard) today and was informed that Ms. Brim was a great client, did all that was asked of her, and had no violations. She was simply discharged because she had completed the program. We are awaiting a letter from Mr. Broussard that reflects what was conveyed to counsel via phone.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance contingent upon receipt of written confirmation from program.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: January 3, 2018  /s/ *Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

Upon providing proof of Ms. Brim's successful completion of the CLARE program, and in light of the additional information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/17/2019 at 10:00 a.m.

  ☐ be continued to 12/19/2020_at 10:00 a.m.; or

  ☒ be vacated.

DATED: 1/3/2019  /s/ *Hope Alley*
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **January 4, 2019**

UNITED STATES MAGISTRATE JUDGE