| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MEGAN N. BRIM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-mj-00122-SAB |
| Plaintiff, | ) | **MOTION TO DISMISS; ORDER** |
| vs. | ) | |
| MEGAN N. BRIM, | ) | |
| Defendant. | ) | |

Defendant Megan N. Brim hereby files her motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose her request.

On January 18, 2018, Ms. Brim pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). Pursuant to the parties' agreement, the Court granted Ms. Brim a deferred entry of judgment under 18 U.S.C. § 3607(a). On January 4, 2019, the Court vacated Ms. Brim's review hearing because she had fully complied with the terms of her probation. Ms. Brim's probation expired on February 2, 2019.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of her probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Ms. Brim's term of probation has expired, and she did not violate any condition of her probation. Accordingly, Ms. Brim requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2019  */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
MEGAN N. BRIM

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses the proceedings against Ms. Brim in *United States v. Brim*, Case No. 1:17-mj-00122-SAB.

IT IS SO ORDERED.

Dated: **February 4, 2019**

UNITED STATES MAGISTRATE JUDGE